Carl P. Sorby, defendant in error, v. Kristian Baun, for use of Dansk Tidende, garnishee, plaintiff in error. Gen. No. 29,132.

Garnishment process on judgment against defendant. Judgment against garnishee. Error to the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed February 11, 1925.

C. W. Larsen, for plaintiff in error; F. J. Karasek, of counsel. Sumner C. Palmer and Waldemar A. Bauer, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

George W. Swigart and Charles J. Canfield, appellants, v. S. Klein, appellee. Gen. No. 29,159.

Action by assignee to recover amount due on contract to manage and care for property. Demurrer to complaint sustained. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed February 11, 1925.

Samuel J. Nordorf, for appellants. Sonnenschein, Berkson, Lautmann & Levinson, for appellee; Avern B. Scolnik, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

L. Samuels and I. Edelson, defendants in error, v. A. O. Ritzler et al., plaintiffs in error. Gen. No. 28,702.

Action on claim for printing. Judgment for plaintiffs. Error to the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and judgment here. Opinion filed February 11, 1925.

William R. Jordan and George S. Marks, for plaintiffs in error. No appearance for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Denis J. Leahy, appellee, v. Finch Truitt Company, Inc., appellant. Gen. No. 29,011.

Action to recover salary as salesman. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed February 11, 1925.

Pennish & Rashbaum, for appellant; F. D. Shobe, of counsel. Musgrave, Oppenheim, McKeever & Lippincott, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Marshall O. Densby, appellee, v. Frederick H. Bartlett, appellant. Gen. No. 29,045.

Action to recover damages for injuries sustained through the negligent operation of an automobile by the defendant. Judgment for the plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Taylor, J., dissenting. Opinion filed February 11, 1925.

Vail, Vail & Plamondon, for appellant.    Vincent G. Gallagher, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Morrow Harding, plaintiff in error.    Gen. No. 29,100.**

Prosecution for assault with deadly weapon.    Defendant convicted. Error to the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding.    Heard in the third division of this court for the first district at the March term, 1924.    Affirmed.    Opinion filed February 11, 1925.    Rehearing denied February 24, 1925.

Clanton & Jones, for plaintiff in error.    Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Nancy Healy, defendant in error, v. Edwin Robie, plaintiff in error.    Gen. No. 29,171.**

Bastardy proceeding.    Judgment against the defendant.    Error to the Municipal Court of Chicago; the Hon. William L. Morgan, Judge, presiding.    Heard in the third division of this court for the first district at the March term, 1924.    Affirmed.    Opinion filed February 11, 1925.    Rehearing denied March 5, 1925.

Arthur W. Kettles and Charles W. Bidwill, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

**Ideal Tool & Manufacturing Company, appellee, v. J. Wadsworth Staff, appellant.    Gen. No. 29,307.**

Action for goods sold and delivered.    Judgment for the plaintiff. See 236 Ill. App. 633.    Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding.    Heard in the third division of this court for the first district at the March term, 1924. Affirmed.    Opinion filed February 11, 1925.

Joel C. Carlson, for appellant.    Herbert Bebb, for appellee; John A. Russell, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Marshall O. Densby, plaintiff in error, v. Frederick H. Bartlett et al., defendants in error.    Gen. No. 29,508.**

Case consolidated with Gen. No. 29,045, *supra*.    Error to the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding.    Heard in the third division of this court for the first district at the October term, 1924.    Affirmed.    Opinion filed February 11, 1925.

Vincent G. Gallagher, for plaintiff in error.    Vail, Vail & Plamondon, Bassler, Bippus, Rose & Reeve and Sinden & Hassell, for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.

---

**Mary E. Proctor, plaintiff in error, v. S. B. Chapin et al., defendants in error.    Gen. No. 29,436.**

Action for money had and received for investment by defendant